Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com

Attorneys for Defendants,
*The Vons Companies, Inc.*
*and Albertson's LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MYRETHA KALMANSOHN, MICHAEL KALMANSOHN, Wife and Husband<br><br>Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC., Foreign Corporation dba VONS 2395; ALBERTSON'S LLC, a Foreign Limited-Liability Company dba ALBERTSON'S 3333; DOE MAINTENANCE COMPANIES 1 through 20; DOE CLEANING COMPANIES 1 through 20; DOE STOCKING SHELVES COMPANIES 1 through 20; DOE STORE INSPECTION COMPANIES 1 through 20; DOE EMPLOYEES 1 through 20; DOES 1 through 20; and ROE CORPORATIONS 1 through 20; inclusive<br><br>Defendants. | Case No. 2:16-cv-01162-APG-PAL |

### STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

Plaintiffs MYRETHA KALMANSOHN and MICHAEL KALMANSOHN, by and through their counsel Tracy Eglet, Esq. of the law firm of EGLET PRINCE, LLP, and Defendants THE VONS COMPANIES, INC. and ALBERTSONS LLC, by and through their counsel Jack P. Burden, Esq. of the law firm BACKUS, CARRANZA & BURDEN, hereby stipulate to dismiss all

1

claims that have been brought and/or could have been brought in the above titled litigation *with prejudice*.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendants hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: Feb 21, 2017

**BACKUS, CARRANZA & BURDEN**

JACK P. BURDEN, ESQ.
3050 South Durango Drive
Las Vegas, Nevada 89117
(702) 872-5555 - (702) 872-5545
jburden@backuslaw.com
*Attorneys for Defendants The Vons Companies, Inc. and Albertson's LLC*

DATED: FEB. 21, 2017

**EGLET PRINCE, LLP**

#6551

Tracy Eglet, Esq.
400 S. Seventh Street #400
Las Vegas, NV 89101
Tel: 702.450.5400 - Fax: 702.450.5451
*Attorney for Plaintiffs
Myretha Kalmansohn and
Michael Kalmansohn*

**ORDER**

**IT IS SO ORDERED.**
Dated: February 22, 2017.

_____
United States District Judge

DATED this 21 day of Feb, 2017.

Respectfully Submitted,
**BACKUS, CARRANZA & BURDEN**

By: _____
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendants
*The Vons Companies, Inc. and Albertsons LLC*

2